E-FILED: 1/12/11

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Emma C. J. Ma*        ) | **CASE NO. CV 10-9213-GHK (JCx)** |
|        ) | |
|       **Plaintiff,**    ) | **JUDGMENT** |
|        ) | |
|      **v.**        ) | |
|        ) | |
| *BAC Home Loan Servicing and*   ) | |
| *Federal National Mortgage*     ) | |
| *Association*        ) | |
|        ) | |
|       **Defendants.**   ) | |

Pursuant to the Court's January 12, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Emma C. J. Ma's ("Plaintiff") claims against Defendants BAC Home Loan Servicing and Federal National Mortgage are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 12, 2011

_____
GEORGE H. KING
United States District Judge